## JOHN BOHNET, APPELLANT, *v.* LEOPOLD LITHAUER, RESPONDENT.

*Case — settlement of — Stenographer's minutes — Rule 41.*

Rule 41 does not entitle the party making the case, as a matter of absolute right to the use of the stenographer's notes; that may be done if the justice settling the case deems it proper. If he does not, any other statement showing what the evidence was may be used. The matter has been committed very much to the judgment and discretion of the justice before whom the trial is had.

APPEAL from order denying a motion for a resettlement of a case.

*J. H. Cornell,* for the appellant. *D. Leventritt,* for the respondent.

Opinion by DANIELS, J. DAVIS, P. J., concurred.

Order affirmed, with ten dollars costs and disbursements.